**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICTOR M. BENITEZ,<br><br>           Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL,[1] Acting Commissioner of Social Security,<br>           Defendant. | Case No. CV 16-9243 SS<br><br><br>**JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: December 14, 2017

                                                        /S/
                                       SUZANNE H. SEGAL
                                       UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill, Acting Commissioner of Social Security, is substituted for her predecessor Carolyn W. Colvin, whom Plaintiff named in the Complaint. See Fed. R. Civ. P. 25(d).